# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2006

131904

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

---

IN RE KATIE LYNN MARIE DEGG, JASON ANDREW DEGG, OLIVIA FAITH DEGG, STEVEN PATRICK DEGG, BRIDGETTE CATHRYN MURPHY, KYLE THOMAS MURPHY, and ANDREW CHRISTOPHER MURPHY, Minors.

---

DEPARTMENT OF HUMAN SERVICES, f/k/a FAMILY INDEPENDENCE AGENCY,
     Petitioner-Appellee,

v

JACQUELINE MURPHY,
     Respondent-Appellant,

and

ROBERT CHARLES MURPHY,
     Respondent.

SC: 131904
COA: 267243
Oakland CC
Family Division: 04-695138-NA

_____/

     On order of the Court, the application for leave to appeal the July 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2006

_____
Clerk

s0905